UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 22-mj-03298-LFL

UNITED STATES OF AMERICA,

    Plaintiff,

v.

YVES RICHARD LARRIEUX,

    Defendant.

_____

### NOTICE OF TEMPORARY APPEARANCE AS COUNSEL

**COMES NOW** Larry T. McMillan, Esq. and files his temporary appearance as counsel for the above-named Defendant. This appearance is made with the understanding that the undersigned counsel will fulfill any obligations imposed by the Court such as preparing and filing documents necessary to collateralize any personal surety bond which may be set.

    Counsel's Name:

    **Larry T. McMillan, Esq.**
    Florida Bar No.: 998745
    **Donet, McMillan & Trontz, P.A.**
    3250 Mary Street, Suite 406
    Coconut Grove, Florida 33131
    Telephone: 305-444-0030
    Fax: 305-444-0039
    Email: mcmillan@dmt-law.com
    Email: paralegals@dmt-law.com

**Donet, McMillan & Trontz, P.A.**
Attorneys at Law
Suite 406, Continental Plaza, 3250 Mary Street, Coconut Grove, FL 33133
• Phone 305-444-0030 • Fax 305-444-0039 •
www.dmt-law.com

**DATED:** August 1, 2022.

                        Respectfully submitted,

                        **Donet, McMillan & Trontz, P.A.**

                By: /s/ Larry T. McMillan
                        **Larry T. McMillan, Esq.**
                        Florida Bar No.: 998745
                        Attorney for Defendant

### CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on August 1, 2022, undersigned counsel electronically filed the foregoing Defendant's Notice of Temporary Appearance with the Clerk of the Court using CM/ECF, which will send a Notice of Electronic Filing (NEF) to all counsel of record.

                        **Donet, McMillan & Trontz, P.A.**

                By: /s/ Larry T. McMillan
                        **Larry T. McMillan, Esq.**
                        Florida Bar No.: 998745
                        Attorney for Defendant
                        3250 Mary Street, Suite 406
                        Coconut Grove, Florida 33131
                        Telephone: 305-444-0030
                        Fax: 305-444-0039
                        Email: mcmillan@dmt-law.com
                        Email: paralegals@dmt-law.com

Page **2** of **2**

**Donet, McMillan & Trontz, P.A.**
Attorneys at Law
Suite 406, Continental Plaza, 3250 Mary Street, Coconut Grove, FL 33133
• Phone 305-444-0030 • Fax 305-444-0039 •
www.dmt-law.com